1  LAW OFFICES OF JOHNNY L. GRIFFIN, III
   JOHNNY L. GRIFFIN, III (SBN 118694)
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  NORMAN LEON

FILED

APR 20 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NORMAN LEON, <br><br> Defendant. | CR No. S-05-0549 EJG <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: April 21, 2006 <br> Time: 10:00 a.m. <br><br> Honorable Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant NORMAN LEON, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from April 21, 2006 at 10:00 a.m. to June 30, 2006 at 10:00 a.m.[1] In addition, the parties agree and stipulate that time be excluded from April 21, 2006 a.m. to June 30, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk that June 30, 2006 at 10:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Leon
CR No. S-05-05-0549 EJG
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

The continuance of the status conference is based on the following facts: Mr. Griffin has just concluded a nine week jury trial in the case *United States v. Hayat*, Case No. S-05-240-GEB. Currently, the jury is in deliberation. In light of the trial, Mr. Griffin was not able to fully review the discovery in this matter and discuss a potential resolution with Defendant. Additionally, once the jury has returned a verdict in the *Hayat* case, Mr. Griffin will be out of the office.[2]

Dated: April 19, 2006       Respectfully submitted,

                            /s/ Laurel D. White
                            LAUREL D. WHITE[3]
                            Assistant U.S. Attorney

Dated: April 19, 2006       /s/ Johnny L. Griffin, III
                            JOHNNY L. GRIFFIN, III
                            Attorney for Defendant NORMAN LEON

---

[2] Specifically, Mr. Griffin will be on vacation and then attend his son's college graduation in South Bend, Indiana.
[3] Assistant United States Attorney Laurel D. White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

U.S. v. Leon
CR No. S-05-05-0549 EJG
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 4/19/06

HON. EDWARD J. GARCIA
United States District Judge

U.S. v. Leon
CR No. S-05-05-0549 EJG
STIPULATION AND ORDER
TO CONTINUE STATUS CONFERENCE - 3

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814