

1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Tel.: (916) 444-5557
   Fax: (916) 444-5558
4
   Attorney for Norman Leon
5

**FILED**

SEP 18 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

6              UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   Case No.: CR S-05-549-EJG
                                    )
10          Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
                                    )   TO CONTINUE JUDGMENT AND
11     vs.                          )   SENTENCING
                                    )                     C/EJG
12  NORMAN LEON,                    )   Date: October 27, 2006
                                    )   Time: 9:30 a.m.
13          Defendant.               )   Court: Hon. Edward J. Garcia
                                    )
14  _____)

15     The United States of America, by and through Assistant U.S. Attorney Laurel D.

16  White, and Defendant NORMAN LEON, by and through his attorney, Johnny L. Griffin, III,

17  hereby agree and stipulate to continue judgment and sentencing in the above captioned case

18  from October 27, 2006 at 9:30 a.m. to December 15, 2006 at 9:30 a.m. to allow defense

19  counsel additional time to obtain medical records and other information necessary and

20  relevant to sentencing considerations under 18 U.S.C. § 3553(a).[1]

21     The parties and U.S. Probation Officer Shari Simon further agree and stipulate that

22  the schedule for the preparation and objections to the Presentence Report shall be modified

23  as follows: 1) Motion for Correction of Presentence Report on December 8, 2006, 2)

24

25  _____
   [1] The parties have been advised by this Court's Clerk that December 15, 2006 at 9:30 a.m. is an available date and
   time for judgment and sentencing on this matter.

STIPULATION AND ORDER - 1

Presentence Report filed with Court and disclosed on December 1, 2006, 3) Written objections on November 24, 2006 and 4) Presentence Report disclosed to counsel on November 10, 2006.

Dated: September 14, 2006,                    Respectfully submitted,

                                                          /s/ Johnny L. Griffin, III
                                                          JOHNNY L. GRIFFIN, III
                                                          Attorney for Norman Leon

Dated: September 14, 2006                     Respectfully submitted,

                                                          /s/ Laurel D. White
                                                          LAUREL D. WHITE[2]
                                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: _9/15/06_          _____
                                     HON. EDWARD J. GARCIA
                                     United States District Judge

---

[2] Assistant United States Attorney Laurel D. White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.