LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN, III (SBN 118694)
SILKY SAHNAN ( SNB 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for Norman Leon

**FILED**
DEC 1 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-05-549-EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| vs. | |
| NORMAN LEON, | Date: December 15, 2006 |
| Defendant. | Time: 9:30 a.m. |
| | Court: Hon. Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney Laurel D. White, and Defendant NORMAN LEON, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue judgment and sentencing in the above captioned case from December 15, 2006 at 9:30 a.m. to January 26, 2007 at 9:30 a.m. to allow defense counsel additional time to prepare its sentencing memorandum. [1]

Dated: December 11, 2006                 Respectfully submitted,

                                          /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
                                          Attorney for Norman Leon

---

1. The parties have been advised by this Court's Clerk that January 12, 2007 at 9:30 a.m. is an available date and time for judgment and sentencing on this matter.

STIPULATION AND ORDER - 1

1  Dated: December 11, 2006                    Respectfully submitted,

                                               /s/ Laurel D. White
                                               Laurel D. White[2]
                                               Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: 12/12/06                                _____
                                               HON. EDWARD J. GARCIA
                                               United States District Judge

---

[2] Assistant United States Attorney Laurel D. White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND ORDER - 2