1  LAW OFFICES OF JOHNNY L. GRIFFIN III
   JOHNNY L. GRIFFIN, III (SBN 118694)
2  SILKY SAHNAN (SNB 242850)
   1010 F Street, Suite 200
3  Sacramento, CA 95814
   Tel.: (916) 444-5557
4  Fax: (916) 444-5558

5  Attorney for Norman Leon



**FILED**

JAN 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

C /506

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR S-05-549-EJG |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JUDGMENT AND SENTENCING *as modified* |
| vs. ) | |
| NORMAN LEON, ) | Date: January 26, 2007 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Court: Hon. Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney Laurel D. White, and Defendant NORMAN LEON, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue judgment and sentencing in the above captioned case from January 26, 2007 at 9:30 a.m. to February 16, 2007 at 10:Am ~~9:30~~ a.m. to allow defense counsel additional time to obtain updated medical records regarding Defendant's condition to provide to the court during sentencing.[1]

Dated: January 25, 2007          Respectfully submitted,

                                  /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III

---

1. The parties have been advised by this Court's Clerk that February 16, 2007 at 9:30 a.m. is an available date and time for judgment and sentencing on this matter.

STIPULATION AND ORDER - 1

| | |
|---|---|
| 1 | Attorney for Norman Leon |
| 2 | |
| 3  Dated: January 25, 2007 | Respectfully submitted, |
| 4 | |
| 5 | /s/ Laurel D. White<br>Laurel D. White[2]<br>Assistant U.S. Attorney |
| 6 | |
| 7 | |
| 8 | **ORDER** |

**IT IS SO ORDERED.**

Dated: 1/25/07

_____
HON. EDWARD J. GARCIA
United States District Judge

---

[2] Assistant United States Attorney Laurel D. White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND ORDER - 2