**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Norman LEON
                                       Docket Number:   2:05CR00549-01
                                       **CONFIRMATION OF SPECIAL
                                       CONDITION OF SUPERVISED RELEASE**

Your Honor:

The purpose of this Memorandum is to respectfully request the Court's confirmation of a special condition of supervised release previously imposed by Your Honor. On February 16, 2007, the offender was sentenced by Your Honor to five months custody of the Bureau of Prisons with a 36-month term of supervised release to commence upon release for violation of 42 USC 408(a)(4) - Failure to Report Event Affecting Benefits.

Among the special conditions of supervision, Mr. Leon was ordered to reside at and participate in a residential community corrections center for a period of five months (Special Condition Number 5). Upon his release from custody, the probation officer informed the offender a suitable halfway house would be located, so he could begin the five-month term. Mr. Leon informed the probation officer that due to medical issues, it was his understanding the Court did not impose the above-noted term, but instead imposed five months home detention with electronic monitoring. The offender was instructed to contact his attorney, Mr. Johnnie L. Griffin, III (retained) for clarification, and then to contact the probation officer, since the Judgment and Commitment Order was clear Mr. Leon was to serve five months in a halfway house. Due to a lack of funds, the offender was not able to secure the further services of Mr. Griffin. The probation officer then informed Mr. Leon he was to enter Cornell, a halfway house in Oakland, California, on May 12, 2008, and that if possible he was to get a physical and/or have his doctor provide a letter regarding his current medical status.

RE:   Norman LEON
      Docket Number:   2:05CR00549-01
      **CONFIRMATION OF CONDITION OF SUPERVISED RELEASE**

On May 8, 2008, the probation officer received an email from the offender's doctor, Lawrence Stern. Dr. Stern reported his history with Mr. Leon, the surgeries the offender has had on his abdominal area, and other ailments. Dr. Stern noted the offender was a chronically ill man and summarized as follows: "From my observation of this patient, being compelled to travel to and from Oakland will be life endangering, and will not be any benefit to the State." "Understanding the desire of the State to complete the punishment of this man for his misdeeds, I do not believe that there is any desire to kill him." After receiving this email, the probation officer informed the offender he would not be allowed to enter the Cornell Institution in Oakland until further confirmation from the Court. The probation officer then spoke with Dr. Stern, who reported he had provided similar correspondence to the Court at the time of sentencing. When told by the probation officer that the terms used in his email appeared harsh, Dr. Stern stated he would gladly testify before the Court regarding the offender's condition, and what he believed would be best for Mr. Leon.

In light of Dr. Stern's email, the probation officer is concerned that Mr. Leon will not be accepted at any halfway house. The probation officer spoke with the Facility Director at Cornell, Oakland, informing him of Dr. Stern's email, and he reported he would need more information before making a decision. The probation officer spoke with a Program Director at another facility, and was informed they would be reluctant to accept an offender whose doctor reported his condition as Dr. Stern did Mr. Leon's.

In conversations with both the Assistant United States Attorney and Mr. Leon, it appears Your Honor was informed about his medical condition at the time of sentencing. Therefore, unless instructed otherwise, the probation officer will move forward with the placement of Mr. Leon in a halfway house as ordered by the Court on February 16, 2007. A copy of Dr. Stern's email is attached for the Court's perusal.

Respectfully submitted,

**CASEY HORNER, SR.**
**Senior United States Probation Officer**
Telephone:  (209) 574-9481

RE:     Norman LEON
        Docket Number:   2:05CR00549-01
        **CONFIRMATION OF CONDITION OF SUPERVISED RELEASE**

Dated:      May 19, 2008
            Modesto, California
            CKH:lr

**REVIEWED BY:** _____
                DEBORAH A. SPENCER
                Supervising United States Probation Officer

**THE COURT ORDERS:**

( X )   Special Condition Number 5 which states the offender shall reside at and participate in a residential community corrections center for a period of five months, shall remain in full force and effect.

(   )   Special Condition Number 5 which states the offender shall reside at and participate in a residential community corrections center for a period of five months is hereby vacated.

(   )   Calendar this matter for review of the Court.

(   )   Other:


 May 20, 2008                        /s/ Edward J. Garcia, U. S. DISTRICT JUDGE
**Date**                             **Signature of Judicial Officer**

Attachment(s)

cc:     Laurel White, Assistant United States Attorney
        Assistant Federal Defender (to be assigned)