UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED
JUN 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                      **RE:   Norman LEON**
                             **Docket Number: 2:05CR00549-01**
                             **PERMISSION TO TRAVEL**
                             **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Nicaragua. He is current with all supervision obligations, and the probation officer recommends approval be granted. It should be noted Mr. Leon has an outstanding restitution obligation which he has been making regular monthly payments. Mr. Leon reported his parents will be paying for his airline ticket.

**Conviction and Sentencing Date:** On February 16, 2007, Mr. Leon was sentenced for the offense of 42 USC 408(a)(4) - Failure to Report Event Affecting Benefits.

**Sentence imposed:** 5 months custody Bureau of Prisons; 36 months Supervised Release; $107,678.40 Restitution; $100 Special Assessment. **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; and 5 months in a Community Corrections Center.

**Dates and Mode of Travel:** Mr. Leon plans to leave for Nicaragua on July 16, 2010, and return on August 17, 2010. If the Court approves his travel, he will then purchase his airline ticket and provide all the necessary flight information.

**Purpose:** Celebrate his parents' 50th Wedding Anniversary.

**RE:   Norman LEON**
      Docket Number: 2:05CR00549-01
      <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

**DATED:**  June 2, 2010
          Elk Grove, California
          KMM/cj

**REVIEWED BY:**  /s/ Deborah A. Spencer
               **DEBORAH A. SPENCER**
               **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____✓____       Disapproved _____

____6/4/10____            ____[signature]____
Date                      **EDWARD J. GARCIA**
                          **Senior United States District Judge**